JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:  (415) 436-7071
    Facsimile:   (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

**FILED**
DEC 1 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-70837 EMC |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 |
| v. | |
| ERNESTO GALLEGOS, a/k/a ERNESTO GALLEGOS-HERNANDEZ, a/k/a ERNESTO HERNANDEZ, | |
|     Defendant. | |

On December 10, 2008, the parties in this case appeared before the Court for the defendant's detention hearing. At that time, the parties requested, and the Court agreed, to set the date for the defendant's preliminary hearing or arraignment on January 8, 2009. The parties also requested that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through January 8, 2009. The parties agree that,

1    taking into account the public interest in prompt disposition of criminal cases, good cause exists
2    for this extension.
3        The defendant also agrees to exclude for this period of time any time limits applicable
4    under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
5    reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The
6    parties also agreed that the ends of justice served by granting such a continuance outweighed the
7    best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
8    SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

12    DATED: December 10, 2008            /s/
                                          TAREK J. HELOU
13                                        Assistant United States Attorney

15    DATED: December 10, 2008            /s/
                                          JODI LINKER
16                                        Attorney for Defendant ERNESTO GALLEGOS

17        For the reasons stated above, the Court finds that the extension of time for the defendant's
18    preliminary hearing or arraignment through January 8, 2009 is warranted and that the ends of
19    justice served by the continuance outweigh the best interests of the public and the defendant in a
20    speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested
21    continuance would deny the defendant effective preparation of counsel, and would result in a
22    miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

24    SO ORDERED.

26    DATED: 12/11/08
                                          THE HONORABLE EDWARD M. CHEN
27                                        United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70837 EMC                                                                                      2